**13 CV 1787**

JUDGE SCHOFIELD

John P. Margiotta (*jm@frosszelnick.com*)
Leo Kittay (*lkittay@frosszelnick.com*)
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 United Nations Plaza
New York, NY 10017
Tel:  (212) 813-5900
Fax:  (212) 813-5901

*Counsel for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLOOMBERG L.P., BLOOMBERG FINANCE ONE L.P., and BLOOMBERG FINANCE L.P., <br><br> Plaintiffs, <br><br> v. <br><br> JOHN DOE 1, JOHN DOE 2, JOHN DOE 3, and JOHN DOE 4, <br><br> Defendants. | No. _____ <br><br> **Rule 7.1 Statement** |



Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Plaintiffs Bloomberg L.P., Bloomberg Finance One L.P. and Bloomberg Finance L.P. states that:

Bloomberg L.P. is a limited partnership organized under the laws of the State of Delaware. Bloomberg L.P. has no parent corporation, and no publicly held corporation owns 10% or more of Bloomberg L.P.'s limited partnership interests.

Bloomberg L.P. is the parent corporation of Bloomberg Finance L.P. No publicly held corporation owns 10% or more of Bloomberg Finance L.P.'s limited partnership interests.

Bloomberg Finance One L.P. is wholly owned by Bloomberg Finance L.P. No publicly held corporation owns 10% or more of Bloomberg Finance One L.P.'s limited partnership interests.

Dated: March 18, 2013  
New York, New York

FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
John P. Margiotta (*jm@frosszelnick.com*)
Leo Kittay (*lkittay@frosszelnick.com*)
866 United Nations Plaza
New York, NY 10017
Tel: (212) 813-5900
Fax: (212) 813-5901

*Counsel for Plaintiffs*